AO 442 (Rev. 11/11) Arrest Warrant

9559158

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:22-mj-53 |
| Aaron Harrigan | ) Assign to: Magistrate Judge Zia M. Faruqui |
| | ) Date: 3/7/2022 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Aaron Harrigan                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2313(a) Sale/Receipt of Stolen Vehicles

Date:    03/07/2022

Zia M. Faruqui
2022.03.07 17:32:48 -05'00'

*Issuing officer's signature*

City and state:    Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/8/2022 , and the person was arrested on *(date)* 03/30/2022 at *(city and state)* Washington DC . |
| Date: 03/30/2022 |

*Michael Tanti* [signature]
*Arresting officer's signature*

Michael Tantillo   DUSM
*Printed name and title*